## Mayer *v.* Knopf, Appellant.

Argued April 27, 1959. Before BELL, MUSMANNO, JONES, COHEN, BOK and MCBRIDE, JJ.

*John J. McDevitt, 3rd,* with him *Harry A. Short, Jr.,* for appellant.

*Henry J. Lotto,* for appellee.

OPINION PER CURIAM, June 30, 1959:

The judgment of the court below is affirmed on the opinion of Judge WEINROTT of the Court of Common Pleas No. 5 of Philadelphia County, appearing in 17 Pa. D. & C. 2d 308.